■ EASTERN STEEL TANK CORPORATION, Respondent, v. STATEN ISLAND HOME UTILITIES CO., INC., Appellant.— In an action to recover a balance due on the sale and delivery of two 115,000-gallon fuel tanks a counterclaim was interposed to recover damages for breach of warranty. It is agreed that the contract of the parties required the purchaser to furnish the foundation for the tanks. The tanks buckled when, prior to the installation of saddles or other external bracing, they were subjected to the hydrostatic pressure tests prescribed by the Administrative Code of the City of New York. The appeal is from a judgment entered after trial before the court without a jury in favor of respondent and dismissing appellant's counterclaim. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

■ In the Matter of the Accounting of ISIDORE DROPKIN et al., as Trustees of WILLIAM DROPKIN. EUGENE DROPKIN, as Trustee, Appellant; GERTRUDE DROPKIN et al., Respondents.— In a proceeding pursuant to article 79 of the Civil Practice Act, the appeal is from an order which (1) consolidated two files in the office of the clerk of the court under the title of this proceeding, (2) denied the motion to dismiss the objections to the accounting and inventory, and (3) referred the account as filed and the objections to a Special Referee to hear and determine, pursuant to section 1316 of the Civil Practice Act, insofar as said order denied the motion to dismiss the objections. The motion to dismiss the objections was made on the grounds that the objectant (respondent Gertrude Dropkin) is not the proper party in interest, and that the court had no jurisdiction to consider the objections in this proceeding. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ., concur.